IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BARBARA HUNT WHITE                                                          PLAINTIFF

vs.                                   Civil No. 4:10-cv-04058

MICHAEL J. ASTRUE                                                          DEFENDANT
Commissioner, Social Security Administration


**J U D G M E N T**

For reasons stated in a memorandum opinion of this date, I hereby reverse the decision of the

Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C.

§ 405(g).

If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to

Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the

judgment becomes "not appealable" i.e., thirty (30) days after the sixty (60) day time for appeal has

ended.  *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§

2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED this 22nd day of July, 2011.**


                                        /s/  Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        U. S. MAGISTRATE JUDGE